Steven M. CARL, Plaintiff,

v.

UNITED STATES SECRETARY OF AGRICULTURE, Defendant.

Slip Op. 13–117.

Court No. 11–00271.

United States Court of International Trade.

Aug. 30, 2013.

### JUDGMENT

LEO M. GORDON, Judge.

Upon consideration of Defendant's Reconsideration Upon Remand of the Appli-

cation of Steven M. Carl, ECF No. 33 (Aug. 20, 2013) ("*Redetermination*"), consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the *Redetermination* is sustained.